FILED

JAN 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10307 |
| Plaintiff - Appellee, | D.C. No. CR-04-05234-OWW |
| v. | |
| CLIFTON ELIAS HOWARD, III, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Clifton Elias Howard, III appeals from the district court's denial of his

request for investigatory and expert services under 18 U.S.C. § 3006A(e)(1).  We

dismiss because the district court's denial without prejudice was not a final,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

DRS/Research

appealable order and the issue is now moot.

At the time of the request at issue, Howard had not filed a timely 28 U.S.C. § 2255 motion raising any claims for relief. The district court denied the request on the ground that it was unable to make a finding that the requested services were necessary, as required by statute. The denial was without prejudice, and a review of the district court's docket in case number CR-04-05234 discloses that Howard has subsequently filed a § 2255 motion collaterally attacking his conviction, along with a new request for expert and investigatory services.

The district court's denial without prejudice of Howard's request under section § 3006A was not a final order conferring appellate jurisdiction upon this court. *See* 28 U.S.C. § 1291. Further, Howard's subsequent request renders this appeal moot.

**DISMISSED.**